EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Memoriam ante el Fallecimiento del Ex-Juez Presidente, Hon. Víctor M. Pons Núñez | 2000 TSPR 12 |

Número del Caso: EM-1999-04

Fecha: 12/11/1999

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Memoriam ante el
Fallecimiento del Ex-Juez
Presidente, Hon. Víctor M. Pons
Núñez

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de noviembre de 1999

En el día de ayer falleció el Hon. Víctor M. Pons Núñez, quien desde el 18 de diciembre de 1985 hasta el 31 de enero de 1992, prestó servicios distinguidos a la magistratura puertorriqueña como Juez Presidente de este Tribunal.

Desde que ingresó al foro del país en el 1959, se destacó como abogado en la práctica privada. Por vocación natural al servicio público, en el año 1965 aceptó ser miembro del Consejo de Educación Superior y, en el 1973, abandonó una práctica lucrativa para servir como Secretario de Estado.

En todas esas funciones evidenció su excelente preparación profesional, hondura en el pensamiento y un apego riguroso a las normas éticas. En sus relaciones oficiales y privadas, el Juez Presidente Pons Núñez -sin abdicar sus rectos criterios de consciencia-, siempre se caracterizó por un estimulante calor humano, legítima sencillez y apacible ecuanimidad temperamental. Su personalidad y virtudes quedan definidas en la clásica expresión, "Honeste vivere, alterum non laedere, suum cuique tribuere." (Vivir honestamente, no hacer daño a nadie y, dar a cada uno lo que es suyo).

A la figura ilustre del Juez Presidente Pons Núñez –quien honró la abogacía, a los tribunales y fue fiel defensor de la independencia judicial–, rendimos homenaje de sentida recordación mediante esta constancia escrita y, además, decretando tres días de duelo durante el cual permanecerán a media asta las banderas de los tribunales del país.

Extendemos nuestro sincero testimonio y ruego espiritual a su viuda, Sra. Carmen Luisa Rexach, a sus cinco hijos, Carolina, Carmen Luisa, Víctor Manuel, Juan Antonio y Adrián Javier, nietos y demás familiares.

Notifíquese y publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.


                              Carmen E. Cruz Rivera
                                Subsecretaria del Tribunal Supremo